UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNKNOWN PARTY,

       Plaintiff,                    Case No. 1:23-cv-223

v.                              Hon. Hala Y. Jarbou

GOOGLE LLC, et al.,

       Defendants.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE

     NOTICE is hereby given that the above-captioned case was filed in this court on March 2, 2023 . The case has been assigned to Hala Y. Jarbou .

                                         CLERK OF COURT

Dated:  March 3, 2023        By:    /s/ P. Woods_____
                                        Deputy Clerk