## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Michigan

Case Number: 1:23-CV-00223-HYJ-SJB

Plaintiff:
**UNKNOWN PARTY, NAMED AS SARAH**

vs.

Defendant:
**GOOGLE LLC, YOUTUBE LLC, JAMES JACKSON, also known online as "ONISION," and LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI,"**

For:
Lisa Haba
The Haba Law Firm, P.A.
1220 Commerce Park Drive
Suite 207
Longwood, FL 32779

Received by L & L Process, LLC. on the 3rd day of March, 2023 at 4:04 pm to be served on **JAMES JACKSON, 8702 123RD ST E, PUYALLUP, WA 98373**.

I, Leslie Alexander, do hereby affirm that on the **10th day of March, 2023** at **6:38 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons in a Civil Action, Complaint, and Notice of Related Action** with the date and hour of service endorsed thereon by me, to: **JAMES JACKSON** at the address of: **8702 123RD ST E, PUYALLUP, WA 98373**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30, Sex: M, Race/Skin Color: WHITE, Height: 5'11", Weight: 175, Hair: BROWN, Glasses: -

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing documents, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

Leslie Alexander
License #: 2021-63

**L & L Process, LLC.**
**13876 SW 56 Street**
**Suite 200**
**Miami, FL 33175**
**(305) 772-8804**

Our Job Serial Number: LLP-2023000723