UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNKNOWN PARTY,

    Plaintiff,

v.

GOOGLE LLC, et al.,

    Defendants.
_____/

Case No. 1:23-cv-223

Hon. Hala Y. Jarbou

## ORDER

Plaintiff has filed a complaint that does not identify her by name. Instead, it identifies her as "Sarah." (Compl., ECF No. 1.) The Federal Rules of Civil Procedure require that a complaint "name all the parties[.]" Fed. R. Civ. P. 10(a). "Plaintiffs are permitted to proceed under pseudonyms only under certain circumstances that justify an exception to this rule." *Citizens for a Strong Ohio v. Marsh*, 123 F. App'x 630, 636 (6th Cir. 2005). "Ordinarily, a plaintiff wishing to proceed anonymously files a protective order that allows him or her to proceed under a pseudonym." *Id.* "Failure to seek permission to proceed under a pseudonym is fatal to an anonymous plaintiff's case, because, as the Tenth Circuit has held, 'the federal courts lack jurisdiction over the unnamed parties, as a case has not been commenced with respect to them.'" *Id.* at 637 (quoting *Nat'l Commodity & Barter Ass'n v. Gibbs*, 886 F.2d 1240, 1245 (10th Cir. 1989)).

Plaintiff's complaint presents some reasons for proceeding anonymously, but she did not file a motion seeking permission from the Court to proceed under a pseudonym. A complaint is not a formal request for such permission. Moreover, Plaintiff's complaint does not discuss the factors that the Court must consider when examining such a request.

2

Accordingly, **IT IS ORDERED** that Plaintiff **SHOW CAUSE** within seven days of the date of this order why this Court should not dismiss the complaint for lack of jurisdiction or for failure to seek leave to proceed under a pseudonym.

Dated: March 21, 2023             /s/ Hala Y. Jarbou
                                  HALA Y. JARBOU
                                  CHIEF UNITED STATES DISTRICT JUDGE