# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SARAH,<br><br>                      Plaintiff,<br><br>v.<br><br>GOOGLE LLC, YOUTUBE LLC, JAMES JACKSON, also known online as "ONISION," and LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI,"<br><br>                      Defendants. | Case No. 1:23–CV–00223<br><br>PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED USING A PSEUDONYM<br><br><br>Honorable Hala Y. Jarbou |

THIS MATTER, having come before the Court on the Plaintiffs' Motion to Proceed using a Pseudonym, and the court having reviewed the following pleadings;

1. Plaintiffs' Motion to Proceed using a Pseudonym;

2. Declaration of James R. Marsh;

3. Any responsive pleadings filed by Defendants;

The Court finds, on the basis of specific facts, that Plaintiff has established good cause in support of her motion, and it is hereby

ORDERED ADJUDGED AND DECREED that Plaintiff may proceed in this case using the pseudonym "Sarah" and that the Plaintiff's true identity must not be revealed in any publicly filed papers in this case or by the Defendants.

Dated: this ___ day of _____, 2023.

 

_____
Honorable Hala Y. Jarbou
United States District Judge