EXHIBIT B

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

SARAH,

    Plaintiff,

    v.                                                                  CASE NO.: 1:23-cv-00223

GOOGLE LLC, YOUTUBE LLC,
JAMES JACKSON, also known online as                 HON.  HALA Y. JARBOU
"ONISION," and LUCAS JACKSON,
formerly known online as
"LAINEYBOT," "LAINEY" and "KAI,"

    Defendants.

_____

**ORDER ALLOWING DEFENDANT JAMES JACKSON AND DEFENDANT LUCAS JACKSON**
**TO EXCEED WORD AND PAGE LIMIT RESTRICTIONS**

       This matter was brought before the Court upon the Motion filed by Defendant James

Jackson and Defendant Lucas Jackson seeking leave to file a pleading which exceeded this

Court's word and page limits as set forth in L.Civ. R. 7.3; this Court having considered the

Defendants' request; and the Court being otherwise fully advised in the Premises:

       **IT IS HEREBY ORDERED** that Defendants' Brief in Support of Motion to Dismiss Pursuant

to Fed. R. Civ. P. 12(b)(2); 12(b)(3); 12(b)(5) or in the alternate, To Dismiss or Transfer Pursuant

to 28 USCA §1404(a) can be filed with a word count of 7,548 words and a page limit of 22.

_____
      HON.  HALA Y. JARBOU

Prepared by:
Michelle M. McLean (P71393)
Bolhouse, Hofstee, & McLean PC
3996 Chicago Dr. SW
Grandville, MI  49418
616-531-7711