UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SARAH,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE LLC, YOUTUBE LLC,<br>JAMES JACKSON, also known online as<br>"ONISION," and LUCAS JACKSON,<br>formerly known online as<br>"LAINEYBOT," "LAINEY" and "KAI,"<br><br>    Defendants. | CASE NO.:  1:23-cv-00223 |

**MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(2); (b)(3); (b)(5); OR IN THE ALTERNATE, TO DISMISS OR TRANSFER PURSUANT TO 28 U.S.C.A §1404(a) FILED BY DEFENDANTS JAMES JACKSON AND LUCAS JACKSON**

**NOW COMES** Defendant James Jackson ("James") and Defendant Lucas Jackson ("Lucas") (hereafter collectively, "the Jackson Defendants") and do hereby rely on their Brief in Support of Motion to Dismiss and all exhibits contained therein. Defendants sought concurrence of Plaintiff but has not received a response as of the filing of this requested relief.

                                                            Respectfully submitted,

Dated: March 31, 2023                       Bolhouse, Baar & Hofstee, P.C.


                                                            By: /s/ Michelle M. McLean
                                                                   Michelle M. McLean (P71393)

                                                            Grandville State Bank Building
                                                            3996 Chicago Drive SW
                                                            Grandville MI 49418
                                                            Phone: (616) 531-7711
                                                            Michellem@bolhouselaw.com

                                                            Attorneys for Defendants James Jackson
                                                            and Lucas Jackson