UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

SARAH,

    Plaintiff,

v.

GOOGLE LLC, YOUTUBE LLC, JAMES JACKSON, also known online as "ONISION," and LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI,"

    Defendants.

CASE NO.: 1:23-cv-00223

### AFFIDAVIT OF LUCAS JACKSON

STATE OF __WA__    )
                            ) ss.
COUNTY OF __PIERCE__  )

NOW COMES, Lucas Jackson, after being first duly sworn and states:

1. I can testify about these facts if so called and have personal knowledge of the facts set forth herein.

2. I am the Defendant in this matter.

3. I do not maintain a "website" where Michigan consumers can purchase merchandise.

4. I do not solicit Michigan residents for to buy your products which are sold online.

5. I have not caused an act to be done or consequences to occur in Michigan resulting in an action for tort.

6. I do not advertise to Michigan residents for business purposes.

7. I have never traveled to Michigan.

1

8. I do not own or have real or tangible property in Michigan.

9. I do not conduct business in Michigan.

10. I have not contracted to insure a person, property, or risk in Michigan

11. I have not entered into any contract for services to be rendered or for material to be furnished in Michigan.

12. I do not own or have any businesses incorporated or having its principal place of business in Michigan.

13. I do not maintain a domicile in Michigan for any purposes.

14. The statements are true to the best of my knowledge, information and belief.

15. I am over 18 years of age and competent to testify to the facts stated herein.

*Further affiant sayeth not.*

Dated: 03/30/2023

BY: _____
Lucas Jackson, Defendant

Subscribed and sworn before me in Pierce County, State of WA on this 30 day of MAR, 2023, by Lucas Jackson.

_____

Notary Public, State of WA, County of Pierce
My Commission Expires: 1-26-25
Acting in the County of Pierce

```
Notary Public
State of Washington
Christine E Opstad
Commission No. 41614
Commission Expires 01-26-2025
```

2