UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SARAH,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE LLC, YOUTUBE LLC,<br>JAMES JACKSON, also known online as<br>"ONISION," and LUCAS JACKSON,<br>formerly known online as<br>"LAINEYBOT," "LAINEY" and "KAI,"<br><br>    Defendants. | CASE NO.:  1:23-cv-00223<br><br>HON.  HALA Y. JARBOU |

### CERTIFICATE RE: RULE COMPLIANCE-WORD COUNT

**NOW COMES** Michelle M. McLean, counsel for Defendants James and Lucas Jackson (hereafter collectively, the "Jackson Defendants") and hereby states that the Defendants' Brief in Support their Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2), (b)(3), (b)(5), or in the Alternate to Dismiss or Transfer Pursuant to 28 USCA §1404(a) contains 7,554  words, using Microsoft Office Standard 2010, and is not in compliance with W.D. LCivR 7.2(b)(i). Therefore, the Jackson Defendants filed a Motion for Leave to Exceed the Page and Word Count Restrictions in the interests of judicial economy and efficiency.

Dated: March 31, 2023

Respectfully submitted,

**BOLHOUSE HOFSTEE & MCLEAN PC**

BY:   /s/ Michelle M. McLean
        Michelle M. McLean (P71393)

        Attorney for Defendants, James Jackson and Lucas Jackson

        3996 Chicago Dr. SW,
        Grandville, MI  49418
        616-531-7711
        michellem@bolhouselaw.com