**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| SARAH,<br><br>     Plaintiff,<br><br>     v.<br><br>GOOGLE LLC, YOUTUBE LLC,<br>JAMES JACKSON, also known online as "ONISION," and LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI,"<br><br>     Defendants. | CASE NO.: 1:23-cv-00223<br><br>HON.  HALA Y. JARBOU |

## CERTIFICATE REGARDING CONCURRENCE

**NOW COMES** Michelle M. McLean, counsel for Defendant James Jackson and Lucas Jackson (hereafter collectively, the "Jackson Defendants") certifies that she has sought to obtain Plaintiff's concurrence with the motion presented to the Court but has not received a response as of the time and date of the filing of this motion and brief..

Dated:  June 7, 2021           Respectfully submitted,

**BOLHOUSE HOFSTEE & MCLEAN PC**

BY:    /s/ Michelle M. McLean
       Michelle M. McLean (P71393)
       Attorney for Defendants James and Lucas Jackson
       3996 Chicago Dr. SW,
       Grandville, MI  49418
       616-531-7711
       michellem@bolhouselaw.com