UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNKNOWN PARTY,

    Plaintiff,

v.

    Case No. 1:23-cv-223

    Hon. Hala Y. Jarbou

GOOGLE LLC, et al.,

    Defendants.
_____/

## **ORDER**

On March 30, 2023, this Court issued an order, directing that "Plaintiff's true identity must not be revealed in any publicly filed papers in this case or by the Defendants." (ECF No. 13). On March 31, 2023, Defendants James Jackson and Lucas Jackson filed their motion to dismiss, brief, and exhibits A-D. (ECF No. 15). Exhibit B contained Plaintiff's full name, contrary to the Court's order.

Accordingly,

**IT IS ORDERED** that Exhibit B (ECF No. 15-3) to Defendants James Jackson and Lucas Jackson's motion to dismiss shall be **STRICKEN** and **REMOVED**.

Dated: April 3, 2023                  /s/ Hala Y. Jarbou
                                                  HALA Y. JARBOU
                                                  CHIEF UNITED STATES DISTRICT JUDGE