UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNKNOWN PARTY,

    Plaintiff,

v.

GOOGLE LLC, et al.,

    Defendants.

_____/

Case No. 1:23-cv-223

Hon. Hala Y. Jarbou

## ORDER

On March 30, 2023, this Court issued an order, directing that "Plaintiff's true identity must not be revealed in any publicly filed papers in this case or by the Defendants." (ECF No. 13). On March 31, 2023, Defendants James Jackson and Lucas Jackson filed their motion to dismiss, brief, and exhibits A-D. (ECF No. 15). Exhibit B contained Plaintiff's full name, contrary to the Court's order. On Sunday, April 2, 2023, the Court received an email from counsel for Defendants James Jackson and Lucas Jackson, stating that counsel realized on Saturday, April 1, 2023, that Plaintiff's full name was disclosed in Exhibit B. The Court took expedited measures this weekend to remove Exhibit B from the docket. Accordingly,

**IT IS ORDERED** that Defendants James Jackson and Lucas Jackson are ordered to **SHOW CAUSE** in writing no later than seven (7) days from the date of this order as to why an unredacted document was filed, contrary to the Court's order, and as to the delay in informing the Court of the unredacted document.

Dated: April 3, 2023

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE