UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNKNOWN PARTY,

       Plaintiff,                        Case No. 1:23–cv–223

v.                                     Hon. Hala Y. Jarbou

GOOGLE LLC, et al.,

       Defendants.
_____/

## ORDER

      The Court having reviewed Defendants James Jackson and Lucas Jackson's Motion for Leave to Exceed L.Civ.R. 7.3 Word and Page Limit Requirements (ECF No. 14), **IT IS ORDERED** that Defendants James Jackson and Lucas Jackson's motion (ECF No. 14) is **GRANTED**.

      IT IS SO ORDERED.

Dated:   April 3, 2023                                      /s/ Hala Y. Jarbou
                                                                HALA Y. JARBOU
                                                                Chief United States District Judge