# EXHIBIT A

**Michelle McLean**

| | |
|---|---|
| **From:** | Lisa Haba <lisahaba@habalaw.com> |
| **Sent:** | Sunday, April 2, 2023 2:09 PM |
| **To:** | Michelle McLean; jamesmarsh@marshlaw.us; margaretmabie@marsh.law; cassandrasorrentino@marsh.law |
| **Cc:** | James |
| **Subject:** | Re: Request for Concurrence |

Yes, I agree to sealing the document, Exhibit B.

Lisa Haba

---

**From:** Michelle McLean <michellem@bolhouselaw.com>
**Sent:** Sunday, April 2, 2023, 12:21 PM
**To:** Lisa Haba <lisahaba@habalaw.com>; jamesmarsh@marshlaw.us <jamesmarsh@marshlaw.us>; margaretmabie@marsh.law <margaretmabie@marsh.law>; cassandrasorrentino@marsh.law <cassandrasorrentino@marsh.law>
**Cc:** James <ff7mgs@gmail.com>
**Subject:** Re: Request for Concurrence

Ms. Haba-

I can send a stip and order to seal that exhibit as confidential.

Please advise if you will sign.

Thanks,

Michelle

Michelle McLean
Bolhouse, Hofstee, & McLean PC
3996 Chicago Dr.
Grandville, MI 49418
616-706-1127 cell
616-531-7711 office

---

**From:** Lisa Haba <lisahaba@habalaw.com>
**Sent:** Saturday, April 1, 2023 11:58:01 PM
**To:** Michelle McLean <michellem@bolhouselaw.com>; jamesmarsh@marshlaw.us <jamesmarsh@marshlaw.us>; margaretmabie@marsh.law <margaretmabie@marsh.law>; cassandrasorrentino@marsh.law <cassandrasorrentino@marsh.law>
**Cc:** James <ff7mgs@gmail.com>
**Subject:** Re: Request for Concurrence

Ms. McLean,

Good evening.  On 3/30, the Court ordered that Sarah's true identity was not to be revealed in any public Court filing.

On 3/31, in Dkt No 15, you published an NDA that contained Sarah's full name without requesting it be filed under seal.  Please correct this immediately, as you have now published the very thing the Court ordered a day prior to remain sealed.

Thank you,
Lisa Haba

---

**From:** Michelle McLean <michellem@bolhouselaw.com>
**Sent:** Friday, March 31, 2023, 2:53 PM
**To:** jamesmarsh@marshlaw.us <jamesmarsh@marshlaw.us>; Lisa Haba <lisahaba@habalaw.com>;
margaretmabie@marsh.law <margaretmabie@marsh.law>; cassandrasorrentino@marsh.law
<cassandrasorrentino@marsh.law>
**Cc:** James <ff7mgs@gmail.com>
**Subject:** Request for Concurrence

Dear Counsel-

Please advise if you will concur in my clients, James and Lucas Jackson, motion for leave to file a brief in excess of the local rule restrictions as to word and page limit. Also, please advise if you will concur with my clients' motion to dismiss for lack of personal jurisdiction and based on lack of venue. A copy of the brief outlining their requested relief is attached.

Thank you,

Michelle

Michelle M. McLean
Bolhouse, Hofstee, & McLean PC
3996 Chicago Dr. SW
Grandville, MI  49418
616-531-7711
616-706-1127 Cell