UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNKNOWN PARTY,

    Plaintiff,

v.

    Case No. 1:23-cv-223

    Hon. Hala Y. Jarbou

GOOGLE LLC, et al.,

    Defendants.

_____/

## **ORDER**

The Court having reviewed Defendants James Jackson and Lucas Jackson's response to order to show cause (ECF No. 20),

**IT IS ORDERED** that this Court's order to show cause (ECF No. 18) is **DISMISSED.**

Dated: April 7, 2023

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE