UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SARAH,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE LLC, YOUTUBE LLC, JAMES JACKSON, also known online as "ONISION," and LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI,"<br><br>    Defendants. | CASE NO.: 1:23-CV-00223<br>Hon. Hala Y. Jarbou |

**PLAINTIFF'S EX PARTE MOTION FOR CONTEMPT FOR DEFENDANTS' VIOLATION OF COURT'S MARCH 30, 2023 ORDER**

**COMES NOW** Plaintiff, by and through her undersigned attorneys, and requests that Defendants James and Lucas Jackson be held in contempt for a second violation of the Court's Order not to disclose the full name of Plaintiff, dated March 30, 2023. This motion is based on this motion, the memorandum of law filed herewith, exhibits filed herewith, the declaration of Lisa Haba in support of this motion, and the pleadings and papers filed herein.

DATED: April 11, 2023

/s/ Lisa D. Haba
Lisa D. Haba
**THE HABA LAW FIRM, P.A.**
1220 Commerce Park Dr., Suite 207
Longwood, FL 32779
Telephone: (844) 422-2529
lisahaba@habalaw.com

/s/ James R. Marsh

James R. Marsh
Margaret E. Mabie
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th Floor
New York, New York 10001
Telephone: (212) 372-3030
jamesmarsh@marsh.law
margaretmabie@marsh.law

*Attorneys for Plaintiff*