UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

REGINA ALONSO,                                  CASE NO. 5:23-cv-00091-JA-PRL

        Plaintiff,

v.

GOOGLE LLC, YOUTUBE LLC,
JAMES JACKSON, also known online as
"ONISION," and LUCAS JACKSON,
formerly known online as "LAINEYBOT,"
"LAINEY" and "KAI,"

        Defendants.
_____/

**DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL
PROCEDURE 7.1 AND LOCAL RULE 3.03**

        Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03 of the Local Rules for the Middle District of Florida, the Defendants, JAMES JACKSON and LUCAS JACKSON, make the following disclosures:

1.     If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

    **Response:** Not applicable

2.     If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.

1

**Response:**

    a.    Defendant, James Jackson, is a citizen of the State of Washington.

    b.    Defendant, Lucas Jackson, is a citizen of the State of Washington.

    c.    Plaintiff, Regina Alonso, alleges that she is a citizen of the State of Florida.

    d.    Defendant, Google LLC alleges that it is a Delaware limited liability company with a principal place of business located in Mountain View, California. Google LLC is wholly-owned by XXVI Holdings, Inc., which is incorporated in Delaware with a principal place of business in Mountain View, California. Google LLC is therefore a citizen of Delaware and California for diversity purposes under 28 U.S.C. § 1332(a).

    e.    Defendant, YouTube, LLC alleges that it is a Delaware limited liability company with a principal place of business located in San Bruno, California. YouTube, LLC is wholly-owned by Google LLC. YouTube, LLC is therefore a citizen of Delaware and California for diversity purposes under 28 U.S.C. § 1332(a).

3.    Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

**Response:**

    a.    Regina Alonso, Plaintiff

    b.    Google LLC, Defendant

    c.    Alphabet Inc., a publicly traded company (NASDAQ: GOOG, GOOGL), and Holding Company of XXVI Holdings, Inc.

    d.    XXVI Holdings Inc., Holding Company of Defendant Google LLC

    e.    YouTube, LLC, Defendant

    f.    James Jackson, Defendant

    g.    Lucas Jackson, Defendant

      h.      Sarah ███████, plaintiff in related case

      i.      The Haba Law Firm, P.A.

      j.      Lisa D. Haba, Esq.

      k.      Marsh Law Firm PLLC

      l.      Margaret Mabie, Esq.

      m.      Jennifer Freeman, Esq.

      n.      Zuckerman Spaeder, LLP

      o.      Nathan M. Berman, Esq.

      p.      Wilson Sonsini Goodrich & Rosati, P.C.

      q.      Brian M. Willen, Esq.

      r.      Amit Gressel, Esq.

      s.      Steven H. Meyer, P.A.

      t.      Steven H. Meyer, Esq.

4.    Identify each entity with publicly traded shares or debt potentially affected by the outcome:

    **Response:** Alphabet, Inc., a publicly traded company (NASDAQ: GOOG, GOOGL).

5.    Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

    **Response:** None to Defendants' knowledge at this time.

6.    Identify each person arguably eligible for restitution:

**Response**:   Plaintiff Regina Alonso alleges she is entitled to an award of damages, among other relief

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by electronic filing, which automatically serves a copy by email, to all counsel of record.

                    Steven H. Meyer, P.A.
                    401 West Fairbanks Avenue
                    Suite 100
                    Winter Park, FL 32789
                    Tel. (407) 289-0803
                    Fax (407) 539-2978
                    *Attorneys for Defendants*

Dated: March 30, 2023        By: /s/ Steven H. Meyer_____
                                      Steven H. Meyer
                                      Florida Bar No. 128562
                                      steven@thefirm.legal