# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

REGINA ALONSO,

    Plaintiff,

v.

GOOGLE LLC, YOUTUBE LLC, JAMES JACKSON, also known online as "ONISION," and LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI,"

    Defendants.

CASE NO.: 5:23-CV-91-JA-PRL

## NOTICE OF RELATED ACTION

In accordance with Local Rule 1.07(c), I certify that the instant action is related to a pending civil case(s) subsequently filed in another Federal or State court, as indicated below:

> *SARAH V. GOOGLE LLC, YOUTUBE LLC, JAMES JACKSON, also known online as "ONISION," and LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI"*
>
> This case was filed in the Western District of Michigan on March 2, 2023 and has been assigned Case Number: 1:23-CV-00223.
>
> This lawsuit was filed on behalf of another victim of YouTube Partner James Jackson and Lucas Jackson. These two prominent "YouTuber's" used the Google and YouTube platforms to groom, lure, and entice Sarah, a minor child, and engaged in a profit sharing agreement with Google and YouTube. Sarah was transported across state lines and ultimately was raped by James Jackson after turning 18 years old.

I further certify that I will serve a copy of this Notice of Related Action upon

each party no later than fourteen days after appearance of the party.

DATED: <u>March 3, 2023</u>  /s/ *Lisa D. Haba*
Lisa D. Haba (FBN 077535)
**THE HABA LAW FIRM, P.A.**
1220 Commerce Park Dr., Suite 207
Longwood, FL 32779
Telephone: (844) 422-2529
lisahaba@habalaw.com

/s/ *Jennifer Freeman*
Jennifer Freeman (FBN 1014236)
Margaret E. Mabie (*Pro Hac Vice\**)
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th Floor
New York, New York 10001
Telephone: (929) 232-3128
jenniferfreeman@marsh.law
margaretmabie@marsh.law

*\*Pro Hac Vice Pending*