# Lisa Haba

| | |
|---|---|
| **From:** | Lisa Haba |
| **Sent:** | Friday, April 7, 2023 10:41 PM |
| **To:** | steven@thefirm.legal |
| **Cc:** | James R. Marsh; Margaret E. Mabie; jenniferfreeman@marsh.law |
| **Subject:** | RE: Activity in Case 5:23-cv-00091-JA-PRL Alonso v. Google LLC et al Corporate Disclosure Statement |
| **Attachments:** | 0013. (03-30-2023) ORDER granting [11] motion for protective order permitting Plaintiff to proceed using a pseudonym s.pdf |

Steven,

To assist, I have attached the relevant order from the Michigan case that relates to your clients.



**Lisa D. Haba**
Partner, The Haba Law Firm, P.A.
(844) HABA-LAW | lisahaba@habalaw.com
www.habalaw.com
1220 Commerce Park Drive, Suite 207, Longwood, FL 32779

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

---

**From:** Lisa Haba
**Sent:** Friday, April 7, 2023 9:43 PM
**To:** steven@thefirm.legal
**Cc:** James R. Marsh <jamesmarsh@marsh.law>; Margaret E. Mabie <margaretmabie@marsh.law>; jenniferfreeman@marsh.law
**Subject:** FW: Activity in Case 5:23-cv-00091-JA-PRL Alonso v. Google LLC et al Corporate Disclosure Statement

Steven,

I received your disclosure and saw that you identified Sarah ▇▇▇▇▇▇ full name.

I have previously identified her case as a related case. In that related case, the Michigan judge granted the pseudonym motion and ordered that no one would disclosure her last name. Something similar just happened in Michigan and your counter-part in Michigan had to file a redacted version hiding her name from the public docket.

Would you please file a redacted version and have the current version removed to hide Sarah's last name?

Thank you,



**Lisa D. Haba**
Partner, The Haba Law Firm, P.A.
(844) HABA-LAW | lisahaba@habalaw.com
www.habalaw.com
1220 Commerce Park Drive, Suite 207, Longwood, FL 32779

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

---

**From:** cmecf_flmd_notification@flmd.uscourts.gov <cmecf_flmd_notification@flmd.uscourts.gov>
**Sent:** Friday, April 7, 2023 6:26 PM
**To:** cmecf_flmd_notices@flmd.uscourts.gov
**Subject:** Activity in Case 5:23-cv-00091-JA-PRL Alonso v. Google LLC et al Corporate Disclosure Statement

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Middle District of Florida

## Notice of Electronic Filing

The following transaction was entered by Meyer, Steven on 4/7/2023 at 6:25 PM EDT and filed on 4/7/2023

| | |
|---|---|
| **Case Name:** | Alonso v. Google LLC et al |
| **Case Number:** | 5:23-cv-00091-JA-PRL |
| **Filer:** | James Jackson |
| | Lucas Jackson |

**Document Number:** 26

**Docket Text:**
**CORPORATE Disclosure Statement by James Jackson, Lucas Jackson. (Meyer, Steven)**

**5:23-cv-00091-JA-PRL Notice has been electronically mailed to:**

Jennifer Freeman    jenniferfreeman@marsh.law, federal@marsh.law, margaretmabie@marsh.law

Lisa Diane Haba    lisahaba@habalaw.com, 1138078420@filings.docketbird.com, eservice@habalaw.com

Margaret Elizabeth Mabie    margaretmabie@marsh.law, cassandrasorrentino@marsh.law

Nathan Michael Berman     nberman@zuckerman.com, vcartagena@zuckerman.com

Steven H. Meyer     smeyer@cplspa.com, ross@professionalparas.com, service.meyerlaw@gmail.com, steven@thefirm.legal

**5:23-cv-00091-JA-PRL Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=4/7/2023] [FileNumber=23057582-0
] [16102fbfd87cc53f4daccad4fe1b4b2af46b1aa05bfed6713cc005f93141be0b11c
b9cd895f78226e7cfe9eadc5823bb77142fee6ab127414862d5d817f40a93]]