UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNKNOWN PARTY,

      Plaintiff,                               Case No. 1:23–cv–223

v.

GOOGLE LLC, et al.,

      Defendants.
_____/

## CLERK'S NOTICE

The clerk's office has reviewed the following recent filing and notifies the filer as follows:

TO:  Margaret Mabie

RE:  Motion for Contempt (ECF No. 23)

REASON FOR NOTICE:  The signature represented on the document does not match the login name under which it was electronically filed.

RECOMMENDED ACTION:  None.

INFORMATION FOR FUTURE REFERENCE:  <u>Local Civil Rule 5.7(e)</u> requires the identity of the registered attorney submitting the electronically filed document be reflected at the end of the document by means of an "s/[attorney's name]" block showing the attorney's name, followed by the attorney's business address, telephone number, and e–mail address.

For further assistance, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290–2742 or (616) 456–2206.

                                                                                    CLERK OF COURT

Dated:  April 12, 2023          By:     /s/ P. Woods_____
                                                              Deputy Clerk