UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SARAH,<br><br>    Plaintiff,<br><br>v.<br><br>Google LLC, YouTube LLC, James JACKSON, also known online as "ONISION," and LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI,"<br><br>    Defendants. | CASE No: 1:23-cv-00223-HYJ-SJB<br><br>HONORABLE HALA J. JARBOU<br><br>MAGISTRATE SALLY J. BERENS |

**CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANTS GOOGLE LLC AND YOUTUBE, LLC**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendants Google LLC and YouTube, LLC certifies that Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company. No publicly traded company holds more than 10% of Alphabet Inc.'s stock. YouTube, LLC is a wholly-owned subsidiary of Google LLC.

                         Respectfully Submitted,

                         **Clark Hill PLC**

                By:   */s/ Christopher M. Trebilcock*
                         Christopher M. Trebilcock
                         500 Woodward Avenue, Suite 3500
                         Detroit, Michigan 48226
                         ctrebilcock@clarkhill.com
DATE: April 20, 2023      (313) 965-8300

                         **Wilson Sonsini Goodrich & Rosati**
                         **Professional Corporation**

                By:   */s/ Brian M. William*
                         Brian M. Willen
                         Benjamin Margo
                         1301 Avenue of the Americas, 40th Floor
                         New York, NY 10019-6022
                         (212) 999-5800
                         bwillen@wsgr.com
DATE: April 20, 2023      bmargo@wsgr.com

                         *Attorneys for Defendants*
                         *GOOGLE LLC and YOUTUBE, LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that on April 20, 2023, I caused the foregoing paper to be electronically filed with the Clerk of Court using the ECF system, which will send notification to counsel of record.

                                              */s/ Christopher M. Trebilcock*
                                              Christopher M. Trebilcock