UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SARAH,<br><br>    Plaintiff,<br><br>    v.<br><br>Google LLC, YouTube LLC, James JACKSON, also known online as "ONISION," and LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI,"<br><br>    Defendants. | CASE No: 1:23-cv-00223-HYJ-SJB<br><br>Honorable Hala Y. Jarbou<br><br>Magistrate Sally J. Berens |

**STIPULATED ORDER SETTING BRIEFING SCHEDULE FOR
<u>MOTION TO DISMISS</u>**

This matter having come before the Court upon agreement between Plaintiff and Defendants YouTube LLC and Google LLC (collectively "YouTube"), to set a briefing schedule on Plaintiff's Motion to Dismiss; the parties having agreed that Defendant YouTube shall file its Motion to Dismiss or otherwise respond to the Complaint on May 22, 2023, Plaintiff shall submit her Brief in Opposition on July 14, 2023, and Defendant YouTube shall submit its Reply Brief on August 4, 2023, and the Court being otherwise advised in the premises:

**IT IS HEREBY ORDERED that:**

Defendant YouTube's Motion to Dismiss or Response to the Complaint will be due on May 22, 2023; Plaintiff's Brief in Opposition will be due on July 14, 2023; and Defendant YouTube's Reply Brief will be due on August 4, 2023.

**IT IS SO ORDERED.**

DATE: _____          _____

U.S. DISTRICT COURT JUDGE

Stipulated and Agreed:

| **The Haba Law Firm, P.A.** | **Clark Hill PLC** |
|---|---|
| */s/ "with consent" Lisa Haba* <br> Lisa D. Haba <br> 1220 Commerce Park Dr., Suite 207 <br> Longwood, FL 32779 <br> (844) 422-2529 <br> lisahaba@habalaw.com | */s/ Christopher M. Trebilcock* <br> Christopher M. Trebilcock <br> 500 Woodward Avenue, Suite 3500 <br> Detroit, MI 48226 <br> ctrebilcock@clarkhill.com <br> (313) 965-8300 |
| **Marsh Law Firm PLLC** | **Wilson Sonsini Goodrich & Rosati Professional Corporation** |
| */s/ "with consent" James R. Marsh* <br> James R. Marsh (MBN: P85170) <br> Margaret E. Mabie <br> 31 Hudson Yards, 11th Floor <br> New York, NY 10001 <br> (212) 372-3030 <br> jamesmarsh@marshlaw.com <br> margaretmabie@marsh.law | Brian M. Willen <br> Benjamin Margo <br> 1301 Ave of the Americas, 40th Floor <br> New York, NY 10019-6022 <br> (212) 999-5800 <br> bwillen@wsgr.com <br> bmargo@wsgr.com |
| *Attorneys for Plaintiff* <br><br> DATE: May 1, 2023 | *Attorneys for Defendants* <br> *GOOGLE LLC and YOUTUBE, LLC* <br><br> DATE: May 1, 2023 |

## **CERTIFICATE OF SERVICE**

       I hereby certify that on May 1 2023, I caused the foregoing paper to be submitted to the Clerk to Honorable Hala Jarbou through the Court's ECF system which will cause same to be provided to counsel of Record for Plaintiff via electronic filing notice to the electronic mail address on record.

                                                       */s/ Christopher M. Trebilcock*
                                                       Christopher M. Trebilcock