UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNKNOWN PARTY,

    Plaintiff,

v.

                                               Case No. 1:23-cv-223

GOOGLE LLC, et al.,                    Hon. Hala Y. Jarbou

    Defendants.
_____/

## ORDER

The Court having reviewed Plaintiff and Defendants YouTube LLC and Google LLC's stipulation setting a briefing schedule for Defendants YouTube LLC and Google LLC's motion to dismiss (ECF No. 28),

**IT IS ORDERED** that Plaintiff and Defendants YouTube LLC and Google LLC's stipulation (ECF No. 28) is **GRANTED IN PART and DENIED IN PART**.  The motion is granted as to extending Defendants YouTube LLC and Google LLC's deadline to respond to Plaintiff's complaint to May 22, 2023.  The motion is denied as to extending the response and reply deadlines to the motion to dismiss.

Dated: May 1, 2023                                /s/ Hala Y. Jarbou
                                                   HALA Y. JARBOU
                                                   CHIEF UNITED STATES DISTRICT JUDGE