UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SARAH,

    Plaintiff,

v.

Google LLC, YouTube LLC, James JACKSON, also known online as "ONISION," and LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI,"

    Defendants.

Case No. 1:23-cv-00223-HYJ-SJB

Hon. Hala Y. Jarbou
Mag. Judge Sally J. Berens

## CERTIFICATE OF CONCURRENCE – GOOGLE LLC AND YOUTUBE, LLC'S <u>MOTION TO TRANSFER</u>

    I, Benjamin Margo, hereby attest and certify that pursuant to the requirements of Local Rule 7.1(d), counsel for Defendants Google LLC and YouTube LLC met and conferred with Plaintiff's counsel Lisa Haba and Margaret Mabie, as well as Steven Meyer, counsel for the remaining Defendants, to resolve the aforementioned issues raised in the Motion to Transfer. Counsel for Google and YouTube and Plaintiff's counsel exchanged multiple phone calls and emails regarding the issues raised in Motion to Transfer on May 4 and May 17. Counsel for Google and YouTube also exchanged phone calls and emails with Mr. Meyer, counsel for the individual defendants on May 15 and May 17. On May 17, 2023, counsel for Google and YouTube also expressly asked Plaintiff's counsel and counsel for the individual Defendants for concurrence with the Motion to Transfer over email. Plaintiff's counsel and counsel for individual Defendants each expressed that they would not concur with the Motion to Transfer.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **Clark Hill PLC** |
|  | By: */s/ Christopher M. Trebilcock* <br> Christopher M. Trebilcock <br> 500 Woodward Avenue, Suite 3500 <br> Detroit, Michigan 48226 <br> ctrebilcock@clarkhill.com |
| DATE:  May 19, 2023 | (313) 965-8300 |

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | */s/ Brian M. Willen* <br> **Wilson Sonsini Goodrich & Rosati** <br> **Professional Corporation** <br> Brian M. Willen <br> Benjamin Margo <br> 1301 Ave of the Americas, 40th Floor <br> New York, NY 10019-6022 <br> (212) 999-5800 <br> bwillen@wsgr.com <br> bmargo@wsgr.com <br> *Attorneys for Defendants GOOGLE LLC and YOUTUBE LLC* |
| DATE:   May 19, 2023 |  |

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2023, I caused the foregoing paper to be electronically filed with the Clerk of Court using the ECF system, which will send notification to counsel of record.

> By: *Christopher M. Trebilcock*
> Christopher M. Trebilcock