**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

UNKNOWN PERSON,

     Plaintiff,

     v.

GOOGLE LLC, YOUTUBE LLC,
JAMES JACKSON, also known online as
"ONISION," and LUCAS JACKSON,
formerly known online as
"LAINEYBOT," "LAINEY" and "KAI,"

     Defendants.

CASE NO.: 1:23-cv-00223

HON.  HALA Y. JARBOU

---

**<u>STIPULATED ORDER EXTENDING TIME FOR PREPARATION OF JOINT STATUS REPORT</u>**

This matter has been brought before the Court on the stipulation of the parties; the parties having agreed that it conserves the parties' resources as well as judicial resources to adjourn the deadline to file the Joint Status Report since there are pending motions to dismiss; and the Court being otherwise fully advised in the premises, now therefore:

     **IT IS HEREBY ORDERED** that Order Regarding Preparation of Joint Status Report is modified and the new date by which the Parties are to submit a Joint Status Report shall be August 31, 2023.

                **IT IS SO ORDERED.**

                _____
                HON.  HALA Y. JARBOU

Stipulated and agreed:

/s/  Lisa D. Haba
Lisa D. Haba
Attorney for Plaintiff

/s/  Brian M. Willen
Brian M. Willen
Attorney for Defendant Google LLC and Youtube LLC

/s/  Michelle M. McLean
Michelle Marie McLean
Attorney for Defendants James Jackson and Lucas Jackson