UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNKNOWN PARTY,

    Plaintiff,

v.

    Case No. 1:23-cv-223

    Hon. Hala Y. Jarbou

GOOGLE LLC, et al.,

    Defendants.
_____/

## ORDER

The Court having reviewed the parties' Stipulated Order Extending Time for Preparation of Joint Status Report (ECF No. 46),

**IT IS ORDERED** that the parties' stipulation (ECF No. 46) is **DENIED**. The deadline for the joint status report to be filed remains June 29, 2023.

Dated: June 13, 2023

/s/Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE