# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SARAH,<br><br>    Plaintiff,<br><br>v.<br><br>Google LLC, YouTube LLC, James JACKSON, also known online as "ONISION," and LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI,"<br><br>    Defendants. | CASE No: 1:23-cv-00223-HYJ-SJB<br><br>HON. HALA Y. JARBOU |

### BRIEF IN SUPPORT OF GOOGLE LLC AND YOUTUBE LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO TRANSFER

For the reasons stated in Defendants Google LLC and YouTube LLC's Motion for Leave to File Reply Brief in Support of Motion to Transfer, and pursuant to Local Rule 7.3(c), Defendants request that the Court grant them leave to file the reply brief attached as **Exhibit I**, which does not exceed 4,300 words.

    Respectfully submitted,

    **Clark Hill PLC**

    By: */s/ Christopher M. Trebilcock*
        Christopher M. Trebilcock
        500 Woodward Avenue, Suite 3500
        Detroit, Michigan 48226
        ctrebilcock@clarkhill.com
DATE:  June 16, 2023        (313) 965-8300

                                    **Wilson Sonsini Goodrich & Rosati**
                                    **Professional Corporation**

                              By:  */s/ Brian M. Willen*
                                    Brian M. Willen
                                    Benjamin Margo
                                    1301 Avenue of the Americas, 40th Floor
                                    New York, NY 10019-6022
                                    (212) 999-5800
                                    bwillen@wsgr.com
DATE:  June 16, 2023              bmargo@wsgr.com

                                    Attorneys for Defendants
                                    GOOGLE LLC and YOUTUBE, LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served upon all parties and/or attorneys of record to the above cause herein at their respective addresses as disclosed on the pleadings on June 16, 2023, via:

| | | | |
|---|---|---|---|
| _____ | U.S. Mail | _____ | Facsimile |
| ___X___ | ECF Filing | _____ | Hand Delivery |
| _____ | E-Mail | _____ | Federal Express |

By:  */s/ Christopher M. Trebilcock*
Christopher M. Trebilcock