UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SARAH,

    Plaintiff,

v.

Google LLC, YouTube LLC, James JACKSON, also known online as "ONISION," and LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI,"

    Defendants.

Case No. 1:23-cv-00223-HYJ-SJB

Hon. Hala Y. Jarbou
Mag. Judge Sally J. Berens

## INDEX OF EXHIBITS
### to
### Google LLC and YouTube LLC's Motion and Brief in Support of Unopposed Motion for Leave to File Reply Brief to Motion to Transfer

EXHIBIT 1    *proposed* Reply Brief

*Exhibit A* to EXHIBIT 1    Declaration of Raquel Small