UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SARAH,<br><br>    Plaintiff,<br><br>    v.<br><br>Google LLC, YouTube LLC, James JACKSON, also known online as "ONISION," and LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI,"<br><br>    Defendants. | CASE No: 1:23-cv-00223-HYJ-SJB<br><br>HON. HALA Y. JARBOU |

**CERTIFICATE OF CONCURRENCE TO GOOGLE LLC AND YOUTUBE LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO TRANSFER**

I, Benjamin Margo, hereby attest and certify that pursuant to the requirements of Local Rule 7.1(d) that counsel for Defendants Google LLC and YouTube LLC (collectively, "YouTube") met and conferred with Plaintiff's counsel Lisa Haba and Margaret Mabie regarding YouTube's instant Motion for Leave to File a Reply Brief in support of its Motion to Transfer. On June 6, 2023, Counsel for YouTube asked Plaintiff's counsel for concurrence to the Motion via email. On June 9, 2023, Plaintiff's counsel expressed that they do not oppose the Motion.

DATE: June 16, 2023                       By: */s/ Benjamin Margo*
                                                Benjamin Margo
                                                (with permission)

1

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **Clark Hill PLC** |
| DATE:  June 16, 2023 | By: */s/ Christopher M. Trebilcock*<br>Christopher M. Trebilcock<br>500 Woodward Avenue, Suite 3500<br>Detroit, Michigan 48226<br>ctrebilcock@clarkhill.com<br>(313) 965-8300 |
|  | **Wilson Sonsini Goodrich & Rosati**<br>**Professional Corporation** |
| DATE:  June 16, 2023 | By:  */s/ Brian M. Willen*<br>Brian M. Willen<br>Benjamin Margo<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>(212) 999-5800<br>bwillen@wsgr.com<br>bmargo@wsgr.com<br><br>Attorneys for Defendants<br>GOOGLE LLC and YOUTUBE, LLC |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served upon all parties and/or attorneys of record to the above cause herein at their respective addresses as disclosed on the pleadings on June 16, 2023, via:

| _____ U.S. Mail | _____ Facsimile |
|---|---|
| ___X___ ECF Filing | _____ Hand Delivery |
| _____ E-Mail | _____ Federal Express |

By:  */s/ Christopher M. Trebilcock*
Christopher M. Trebilcock

3