UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNKNOWN PARTY,

       Plaintiff,                        Case No. 1:23–cv–223

v.                                  Hon. Hala Y. Jarbou

GOOGLE LLC, et al.,

       Defendants.
_____/

## ORDER

       The Court having reviewed Defendants Google LLC and Youtube LLC's Motion for Leave to File Reply Brief in Support of Motion to Transfer (ECF No. 48), **IT IS ORDERED** that Defendants Google LLC and Youtube LLC's motion (ECF No. 48) is **GRANTED**.

       IT IS SO ORDERED.

Dated:  June 20, 2023                            /s/ Hala Y. Jarbou
                                                    HALA Y. JARBOU
                                                    Chief United States District Judge