UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNKNOWN PARTY,

      Plaintiff,                Case No. 1:23–cv–223

v.                            Hon. Hala Y. Jarbou

GOOGLE LLC, et al.,

      Defendants.
_____/

## ORDER

      The Court having reviewed Defendants Google LLC and Youtube LLC's Unopposed Motion to Extend Reply Brief Deadline (ECF No. 54), **IT IS ORDERED** that Defendants' Google LLC and Youtube LLC's motion (ECF No. 54) is **GRANTED**. The reply brief deadline is extended to July 14, 2023.

      IT IS SO ORDERED.

Dated:  June 23, 2023                                      /s/ Hala Y. Jarbou
                                                                    HALA Y. JARBOU
                                                                    Chief United States District Judge