# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

SARAH,

    Plaintiff,

v.

GOOGLE LLC, YOUTUBE LLC, JAMES JACKSON, also known online as "ONISION," and LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI,"

    Defendants.

CASE NO.: 1:23-CV-00223
Hon. Hala Y. Jarbou

## JOINT NOTIFICATION OF SELECTION OF MEDIATOR

In accordance with this Court's Case Management Order (PageID.703), the parties have conferred and have agreed on a mediator from the Court's Voluntary Facilitative Mediation Panel. The parties notify this Court that they have stipulated to use the following case mediator:

**Thomas Behm**
**Gruel Mills Nims & Pylman LLP**
**(616) 235-5500**
trbehm@gmnp.com

DATED: July 17, 2023

*/s/ Lisa D. Haba*
Lisa D. Haba
Attorney for Plaintiff

*/s/ Margaret Mabie*
Margaret Mabie
Attorney for Plaintiff

*/s/ Benjamin Margo*
Benjamin Margo
Attorney for Defendants Google LLC
and YouTube, LLC

*/s/ Michelle McLean*
Michelle McLean
Attorney for Defendants James
Jackson and Lucas Jackson