**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| UNKNOWN PERSON,<br><br>   Plaintiff,<br><br>   v.<br><br>GOOGLE LLC, YOUTUBE LLC,<br>JAMES JACKSON, also known online as<br>"ONISION," and LUCAS JACKSON,<br>formerly known online as<br>"LAINEYBOT," "LAINEY" and "KAI,"<br><br>   Defendants. | CASE NO.: 1:23-cv-223<br><br>HON.  HALA Y. JARBOU |

**STIPULATED ORDER EXTENDING DATES OF SCHEDULING ORDER**

This matter has been brought before the Court on the stipulation of the parties; the parties having agreed that it conserves the parties' resources as well as judicial resources since there are pending motions to dismiss; and the Court being otherwise fully advised in the premises, now therefore:

   **IT IS HEREBY ORDERED** that the Court's Scheduling Order Dated July 3, 2023 shall be amended as follows:

   **IT IS HEREBY ORDERED** that Rule 26(a)(1) Disclosures (including any lay witnesses) shall be extended and are now due on **September 29, 2023.**

   **IT IS HEREBY ORDERED** that  Motions to Join Parties or Amend Pleadings shall be extended and are now due on  **November 15, 2023.**

Any other dates written in the Court's July 3, 2023 Scheduling Order shall remain in full effect unless specifically modified herein. This is not a final order and does not close the case file.

**IT IS SO ORDERED.**

Dated: August 29, 2023

/s/Hala Y. Jarbou
HALA Y. JARBOU
Chief United States District Judge

Stipulated and agreed:

/s/  Lisa D. Haba
Lisa D. Haba
Attorney for Plaintiff
lisahaba@habalaw.com

/s/  Margaret E. Mabie
Margaret Elizabeth Mabie
Attorney for Plaintiff
margaretmabie@marsh.law

/s/  Brian M. Willen
Brian M. Willen
Attorney for Defendant Google LLC and YouTube LLC
bwillen@wsgr.com

/s/  Michelle M. McLean
Michelle Marie McLean
Attorney for Defendants James Jackson and Lucas Jackson
michellem@bolhouselaw.com