## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

SARAH,

     Plaintiff,

     v.

GOOGLE LLC, YOUTUBE LLC,
JAMES JACKSON, also known online as
"ONISION," and LUCAS JACKSON,
formerly known online as
"LAINEYBOT," "LAINEY" and "KAI,"

     Defendants.

CASE NO. 1:23-CV-00223

HON. HALA Y. JARBOU

## JOINT STIPULATION REQUESTING EXTENSION OF TIME TO FILE SUPPLEMENTAL AUTHORITY BRIEFS

**COMES NOW,** Plaintiff Sarah, Defendant Google LLC, and Defendant YouTube LLC (collectively "the Parties"), by and through their respective undersigned attorneys, hereby agree and stipulate that good cause exists to request an extension of time from this Court to file the Supplemental Authority Brief.

### RECITALS

WHEREAS, Plaintiff filed the Complaint in the above-entitled action in the U.S. District Court for the Western District of Michigan on March 2, 2023 (PageID.1-67; ECF No. 1).

WHEREAS, on August 28, 2023, Plaintiff and the Google Defendants moved this Court via a Joint Stipulation to allow them to submit simultaneous 5-page briefs addressing supplemental authority, due on September 11, 2023. (PageID.734-36; ECF No. 63).

WHEREAS, on August 29, 2023, this Court granted this joint stipulation (PageID.784-86; ECF No. 65).

WHEREAS, at the time the request was made, Plaintiff's counsel Lisa Haba was scheduled to have surgery on August 30, 2023.

WHEREAS, on August 30, 2023, a hurricane hit Florida, where Mrs. Haba lives, causing her surgery to be rescheduled for September 6, 2023.

WHEREAS, with the surgery date moved forward a week, Mrs. Haba's recovery time has moved forward as well.

WHEREAS, Mrs. Haba's recovery has been more difficult that initially anticipated.

WHEREAS, granting this request will not prejudice any party.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the Parties hereto through their undersigned counsel, as follows:

1. The briefs for each side would be filed on or before September 18, 2023 and will be no more than five (5) pages in length, not including the style of the case, signature block, or certificates of service.

**IT IS SO STIPULATED.**

DATED: <u>September 11, 2023</u>        */s/ Lisa D. Haba*
                                         Lisa D. Haba
                                         **THE HABA LAW FIRM, P.A.**
                                         *Attorney for Plaintiff*

DATED: <u>September 11, 2023</u>          <u>*/s/ Benjamin Margo*</u>
                                          Benjamin Margo
                                          **WILSON SONSINI GOODRICH & ROSARTI**
                                          *Attorney for Google LLC and YouTube LLC*

**<u>ORDER</u>**

   Plaintiff and The YouTube Defendants are granted leave to file the supplemental brief on the new deadline of September 18, 2023.

**SO ORDERED,**

_____

HON. HALA Y. JARBOU