**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| UNKNOWN PERSON, | |
| Plaintiff, | |
| v. | CASE NO.: 1:23-cv-00223 |
| GOOGLE LLC, YOUTUBE LLC, JAMES JACKSON, also known online as "ONISION," and LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI," | HON.  HALA Y. JARBOU |
| Defendants. | |

## ORDER EXTENDING DATES OF SCHEDULING ORDER

This matter has been brought before the Court on the motion of the Jackson Defendants; counsel for the other parties having indicated that they do not oppose the motion; and the Court being otherwise fully advised in the premises, now therefore:

**IT IS HEREBY ORDERED** that the Court's Scheduling Order Dated July 3, 2023 shall be amended as follows:

a. That Rule 26(a)(1) Disclosures including any lay witnesses shall now be due on January 21, 2024;

b. That Motions to Join Parties or Amend Pleadings are now due on March 1, 2024;

c. That Trial will occur in February of 2025 at a time and date set by the Court.

d. That Expert Witnesses, name, address, area of expertise, and short summary of expected testimony of Expert Witnesses (Rule 26(a)(2)(A)) be extended to May 1, 2024 for Plaintiff and May 15, 2024 for Defendants;

e. That Disclosure of Expert Reports (Rule 26(a)(2)(B)) shall be due on June 30, 2024 for Plaintiff; July 30, 2024 for Defendants; and Rebuttal reports to be due August 15, 2024;

f. Discovery shall be completed by June 15, 2024;

g. Dispositive Motions must be filed by July 15, 2024;

h. A Final Settlement Conference will occur in December of 2024 before Magistrate Judge Sally J. Berens.

i. A Final Pretrial Conference shall take place with Chief Judge Hala Y. Jarbou in the month of January 2025.

j.      ADR shall take place on or before June 15, 2024.


This is not a final order and does not close the case file.


**IT IS SO ORDERED.**


_____

HON.  HALA Y. JARBOU