**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

UNKNOWN PARTY,

     Plaintiff,

     v.

GOOGLE LLC, YOUTUBE LLC,
JAMES JACKSON, also known online as
"ONISION," and LUCAS JACKSON,
formerly known online as
"LAINEYBOT," "LAINEY" and "KAI,"

     Defendants.

CASE NO.: 1:23-cv-00223

HON.  HALA Y. JARBOU

**PROOF OF SERVICE**

     On the date below, the undersigned, employed in the offices of Bolhouse, Hofstee & McLean, P.C., served the ***Defendants' Rule 26(a)(1) Initial Disclosures*** via email and Google Drive to:

**Attorneys for Plaintiff:**

     Lisa Haba  lisahaba@habalaw.com;

     Cassandra Sorrentino CassandraSorrentino@marsh.law;

     James R. Marsh jamesmarsh@marsh.law;

     Margaret E. Mabie margaretmabie@marsh.law;

**Attorneys for Defendants Google and YouTube:**

     Gressel, Amit agressel@wsgr.com;

     Willen, Brian bwillen@wsgr.com;

     Margo, Benjamin bmargo@wsgr.com;

     Trebilcock, Christopher M.  ctrebilcock@clarkhill.com;

I declare that the statements above are true to the best of my information, knowledge and belief.

Date:  October 2, 2023                         *Michelle M. McLean*
                                               Michelle McLean