**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

UNKNOWN PARTY,

    Plaintiff,

    v.

GOOGLE LLC, YOUTUBE LLC,
JAMES JACKSON, also known online as
"ONISION," and LUCAS JACKSON,
formerly known online as
"LAINEYBOT," "LAINEY" and "KAI,"

    Defendants.

CASE NO.: 1:23-cv-00223

HON.  HALA Y. JARBOU

**MOTION TO WITHDRAW AS LEGAL COUNSEL**

NOW COMES Michelle M. McLean (P71393) and the law firm Bolhouse, Hofstee, & McLean PC, and do hereby motion this Court to withdraw as legal counsel and in support so state:

1. Attorney Michelle M. McLean (P71393) and the law firm Bolhouse, Hofstee, & McLean PC  (hereafter "Legal Counsel") represent Defendants James Jackson and Lucas Jackson ("the Jackson Defendants").

2. Legal Counsel seeks leave of the Court to allow them to withdraw from representing the Jackson Defendants.

3. Defendants have advised that they do not possess the resources to pay their attorney fees which are owed or will accrue under the fee agreement.

4. Withdrawal at this time can be accomplished without material adverse effect on the interest of the clients.

5.      The Court amended the Case Management Order, and so there are no immediate

deadlines with the Court. Plaintiff served an Request for Production of Documents and

the response is due October 24, 2023.

6.      Legal Counsel has prepared and served Defendants' initial Rule 26(a)(1)

disclosures which were due October 2, 2023 (ECF No. 72).

7.      The Jackson Defendants are patiently awaiting this Court's ruling on their Motion

to Dismiss Pursuant to Fed. R. Civ. P 12(b)(2),(3),(5), or in the Alternate to Dismiss or

Transfer Pursuant to 28 USC 1404(a) and a Brief in Support. (See ECF 15; ECF 15-1).

8.      Representing the Jackson Defendants without financial compensation will cause

Legal Counsel an undue financial hardship.

9.      The Court has discretion to grant leave to withdraw as counsel.  *United States v.*

*Mack*, 258 F.3d 548, 555-56 (6th Cir. 2001).

10.     Michigan law recognizes a lawyer's right to withdraw if a client fails to pay the

lawyer's fees and expenses.  See Michigan Rule of Professional Responsibility 1.16(b)(4)

and (5) which state: (b)  Except as stated in paragraph (c), a lawyer may withdraw from

representing a client if withdrawal can be accomplished without material adverse effect

on the interests of the client, or if: (4)  the client fails substantially to fulfill an obligation to

the lawyer regarding the lawyer's services and has been given reasonable warning that

the lawyer will withdraw unless the obligation is fulfilled; (5)  the representation will result

in an unreasonable financial burden on the lawyer or has been rendered unreasonably

difficult by the client.

11.    In the instant case, the Defendants currently have an outstanding balance owed to Legal Counsel and have indicated that they are not able to pay the balance owed and or to afford continued legal representation.


**WHEREFORE,** Attorney Michelle McLean and the law firm of Bolhouse, Hofstee, & McLean PC hereby seek leave of this Court to withdraw as legal counsel for the Jackson Defendants.

                                              Respectfully submitted,

Dated:        October 2, 2023                 Michelle M. McLean

                                              Michelle M. McLean (P71393)

                                              Attorneys for Defendants
                                              James Jackson and Lucas Jackson

**CERTIFICATION OF CONFERRING WITH OPPOSING COUNSEL**

On October 2, 2023 the undersigned counsel emailed Plaintiff's attorneys of record seeking a concurrence in this relief. Plaintiff's attorneys indicated that they do not oppose the relief requested.

Respectfully submitted,

Dated: <u>October 2, 2023</u>             <u>*Michelle M. McLean*</u>
                                          Michelle M. McLean (P71393)

                                          Attorneys for Defendants James Jackson and Lucas Jackson