**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| UNKNOWN PERSON, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, YOUTUBE LLC, JAMES JACKSON, also known online as "ONISION," and LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI," <br><br> Defendants. | CASE NO.: 1:23-cv-00223 <br><br> HON. HALA Y. JARBOU |

**ORDER ALLOWING WITHDRAWAL OF COUNSEL**

This matter has been brought before the Court on the motion of Attorney Michelle McLean and the law firm of Bolhouse, Hofstee, & McLean PC; and the Court being otherwise fully advised in the premises, now therefore:

**IT IS HEREBY ORDERED** that the motion filed by Michelle M. McLean and Bolhouse, Hofstee, & McLean PC is GRANTED and they shall be allowed to withdraw as legal counsel for Defendant James Jackson and Defendant Lucas Jackson.

This is not a final order and does not close the case file.

**IT IS SO ORDERED.**

_____
HON. HALA Y. JARBOU

1