UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNKNOWN PARTY,

       Plaintiff,                      Case No. 1:23–cv–00223–HYJ–SJB

v.                                    Hon. Hala Y. Jarbou

GOOGLE LLC, et al.,

       Defendants.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

Motion(s):        Motion to Withdraw as Attorney – #74
Date/Time:       October 11, 2023   10:30 AM
Chief Judge:     Hala Y. Jarbou
Place/Location:  128 Federal Building, Lansing, MI

*Attendance of Defendants James Jackson and Lucas Jackson is required.*

                                        HALA Y. JARBOU
                                        Chief United States District Judge

Dated:  October 3, 2023       By:   /s/ Brianna G. Sauve
                                            Case Manager