UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

SARAH,

    Plaintiff,

v.

GOOGLE LLC, YOUTUBE LLC,
JAMES JACKSON, also known online as
"ONISION," and LUCAS JACKSON,
formerly known online as
"LAINEYBOT," "LAINEY" and "KAI,"

    Defendants.

CASE NO.: 1:23-cv-00223

### AFFIDAVIT OF JAMES JACKSON

STATE OF _____ )
                               ) ss.
COUNTY OF _____ )

NOW COMES, James Jackson, after being first duly sworn and states:

1. I can testify about these facts if so called and have personal knowledge of the facts set forth herein.

2. I am the Defendant in this matter.

3. I am filing for bankruptcy. As a result, I cannot pay the balance of the legal fees that are due and owing to my attorney.

4. I am unable to travel to Michigan to appear for the hearing on October 11, 2023.

5. I stipulate to allow Michelle McLean and the law firm of Bolhouse, Hofstee, & McLean PC to withdraw as my legal counsel.

6. The statements are true to the best of my knowledge, information and belief.

7. I am over 18 years of age and competent to testify to the facts stated herein.

1

*Further affiant sayeth not.*

Dated: __10/3/2023_____     BY: ___*James Jackson*_____
                                                                     James Jackson, Defendant

Subscribed and sworn before me in _____ County, State of _____ on this ____ day of _____, 2023, by James Jackson.

_____

Notary Public, State of _____, County of _____
My Commission Expires: _____.
Acting in the County of _____.

2