UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SARAH,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC, YOUTUBE LLC,<br>JAMES JACKSON, also known online as<br>"ONISION," and LUCAS JACKSON,<br>formerly known online as<br>"LAINEYBOT," "LAINEY" and "KAI,"<br><br>    Defendants. | CASE NO.: 1:23-cv-00223 |

## **AFFIDAVIT OF LUCAS JACKSON**

STATE OF _____  )
                                    ) ss.
COUNTY OF _____  )

    NOW COMES, Lucas Jackson, after being first duly sworn and states:

    1.    I can testify about these facts if so called and have personal knowledge of the facts set forth herein.

    2.    I am the Defendant in this matter.

    3.    I am filing for bankruptcy. As a result, I cannot pay the balance of the legal fees that are due and owing to my attorney.

    4.    I am unable to travel to Michigan to appear for the hearing on October 11, 2023.

    5.    I stipulate to allow Michelle McLean and the law firm of Bolhouse, Hofstee, & McLean PC to withdraw as my legal counsel.

    6.    The statements are true to the best of my knowledge, information and belief.

    7.    I am over 18 years of age and competent to testify to the facts stated herein.

*Further affiant sayeth not.*

Dated: __10/3/2023_____                    BY: _____
                                                                           Lucas Jackson, Defendant

Subscribed and sworn before me in _____ County, State of _____ on this ____ day of _____, 2023, by Lucas Jackson.

_____

Notary Public, State of _____, County of _____
My Commission Expires: _____.
Acting in the County of _____.

2