UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNKNOWN PARTY,

       Plaintiff,

v.

GOOGLE LLC, et al.,

       Defendants.

_____/

Case No. 1:23–cv–00223–HYJ–SJB

Hon. Hala Y. Jarbou

### ORDER

       The Court having reviewed the Defendants' Motion to Allow Remote Appearance by Defendant James Jackson and Lucas Jackson for Hearing on October 11, 2023 (ECF No. 76), **IT IS ORDERED** that the Defendants' motion (ECF No. 76) is **GRANTED**. Video conference information will be provided separately.

       IT IS SO ORDERED.

Dated:  October 4, 2023           /s/ Hala Y. Jarbou_____
                                     HALA Y. JARBOU
                                     Chief United States District Judge