UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SARAH,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC, YOUTUBE LLC, JAMES JACKSON, also known online as "ONISION," and LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI,"<br><br>    Defendants. | CASE NO.: 1:23-CV-00223<br>Hon. Hala Y. Jarbou |

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.2 and 5.3, Attorney Lisa D. Haba, counsel for Plaintiff, served the following Requests for Production via email on September 26, 2023:

*Plaintiff Sarah's Request for the Production of Documents and Things to Defendants Google LLC and YouTube LLC*

*Plaintiff Sarah's Request for the Production of Documents and Things to Defendants James Jackson and Lucas Jackson*

These Requests were served on the following:

**Attorneys for Defendants Google LLC and YouTube LLC:**

Amit Gressel agressel@wsgr.com

Brian Willen bwillen@wsgr.com

Benjamin Margo bmargo@wsgr.com

Christopher M. Trebilcock at ctrebilcock@clarkhill.com

1

**Attorney for Defendants James and Lucas Jackson:**

Michelle McLean at michellem@bolhouselaw.com.

DATED: October 5, 2023

/s/ *Lisa D. Haba*
Lisa D. Haba
**THE HABA LAW FIRM, P.A.**
1220 Commerce Park Dr., Ste. 207
Longwood, Florida 32779
Telephone: (844) 422-2529
lisahaba@habalaw.com

/s/ *James R. Marsh*
James R. Marsh
Margaret E. Mabie
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th Floor
New York, New York 10001
Telephone: (212) 372-3030
jamesmarsh@marsh.law
margaretmabie@marsh.law

*Attorneys for Plaintiff*