UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SARAH,<br><br>      Plaintiff,<br><br>v.<br><br>GOOGLE LLC, YOUTUBE LLC, JAMES JACKSON, also known online as "ONISION," and LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI,"<br><br>      Defendants. | CASE NO.: 1:23-CV-00223<br>Hon. Hala Y. Jarbou |

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.2 and 5.3, Attorney Lisa D. Haba, counsel for Plaintiff, served the *Plaintiff's Rule 26(a)(1) Initial Disclosures* electronically via email on October 2, 2023 to:

**Attorneys for Defendants Google LLC and YouTube LLC:**

Amit Gressel agressel@wsgr.com

Brian Willen bwillen@wsgr.com

Benjamin Margo bmargo@wsgr.com

Christopher M. Trebilcock at ctrebilcock@clarkhill.com

**Attorney for Defendants James and Lucas Jackson:**

Michelle McLean at michellem@bolhouselaw.com.

1

2

DATED: October 5, 2023

        */s/ Lisa D. Haba*
        Lisa D. Haba
        **THE HABA LAW FIRM, P.A.**
        1220 Commerce Park Dr., Ste. 207
        Longwood, Florida 32779
        Telephone: (844) 422-2529
        lisahaba@habalaw.com

        */s/ James R. Marsh*
        James R. Marsh
        Margaret E. Mabie
        **MARSH LAW FIRM PLLC**
        31 Hudson Yards, 11th Floor
        New York, New York 10001
        Telephone: (212) 372-3030
        jamesmarsh@marsh.law
        margaretmabie@marsh.law

        *Attorneys for Plaintiff*