## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SARAH,<br><br>    Plaintiff,<br><br>    v.<br><br>Google LLC, YouTube LLC, James JACKSON, also known online as "ONISION," and LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI,"<br><br>    Defendants. | CASE No: 1:23-cv-00223-HYJ-SJB<br><br>HON. HALA Y. JARBOU |

## **PROOF OF SERVICE OF DEFENDANTS' INITIAL DISCLOSURES**

Defendants Google LLC and YouTube, LLC certify that their Initial Disclosures were served upon the attorneys of record of all parties to the above cause at their email addresses of record on October 2, 2023.

DATE: October 6, 2023

Respectfully submitted,
**Clark Hill PLC**

By: */s/ Christopher M. Trebilcock*
Christopher M. Trebilcock
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226
ctrebilcock@clarkhill.com
(313) 965-8300

Attorneys for Defendants
GOOGLE LLC and YOUTUBE, LLC