# EXHIBIT B

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SARAH, | CASE No: 1:23-cv-00223-HYJ-SJB |
|      Plaintiff, | |
|      v. | |
| Google LLC, YouTube LLC, James JACKSON, also known online as "ONISION," and LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI," | |
|      Defendants. | |

### ORDER GRANTING UNOPPOSED MOTION FOR JUDICIAL NOTICE

AND NOW, this ___ day of _____, 2023, upon consideration of the request of Defendants Google LLC and YouTube, LLC, it is hereby ORDERED AND DECREED that said Motion is GRANTED.

BY THE COURT:

_____
HALA Y. JARBOU
Chief United States District Judge