UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SARAH,<br><br>    Plaintiff,<br><br>v.<br><br>Google LLC, YouTube LLC, James JACKSON, also known online as "ONISION," and LUCAS JACKSON, formerly known online as "LAINEYBOT," "LAINEY" and "KAI,"<br><br>    Defendants. | CASE No: 1:23-cv-00223-HYJ-SJB<br><br>HON. HALA Y. JARBOU |

## BRIEF IN SUPPORT OF UNOPPOSED MOTION FOR JUDICIAL NOTICE OF TRANSFER ORDER AND SUPPORTING MEMORANDUM OF LAW

For the reasons stated in Defendants Google LLC and YouTube, LLC's Unopposed Motion for Judicial Notice of Transfer Order, and pursuant to Fed. R. Evid. 201(b), Defendants request that the Court take judicial notice of the Transfer Order transferring Case No. 5:23-cv-00091-JA-PRL filed in the United States District Court for the Middle District of Florida to the Northern District of California.

                                            Respectfully Submitted,

                                            **Clark Hill PLC**
                          By:     */s/ Christopher M. Trebilcock*
                                       Christopher M. Trebilcock
                                       500 Woodward Avenue, Suite 3500
                                       Detroit, Michigan 48226
                                       ctrebilcock@clarkhill.com
DATE:  October 10, 2023            (313) 965-8300

                                            **Wilson Sonsini Goodrich & Rosati**
                                           **Professional Corporation**

                          By:     */s/ Brian M. Willen*
                                       Brian M. Willen
                                       Benjamin Margo
                                       1301 Avenue of the Americas, 40th Floor

DATE:  October 10, 2023

New York, NY 10019-6022
(212) 999-5800
bwillen@wsgr.com
bmargo@wsgr.com

*Attorneys for Defendants*
*GOOGLE LLC and YOUTUBE, LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served upon all parties and/or attorneys of record to the above cause herein at their respective addresses as disclosed on the pleadings on October 10, 2023, via:

| | | | |
|---|---|---|---|
| _____ | U.S. Mail | _____ | Facsimile |
| ___X___ | ECF Filing | _____ | Hand Delivery |
| _____ | E-Mail | _____ | Federal Express |

/s/Pamela Bright
Pamela Bright

2