# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

## MINUTES

UNKNOWN PARTY,

    Plaintiff,

v.

GOOGLE LLC, et al.,

    Defendants.
_____/

CASE NO. 1:23-cv-223
DATE: 10/11/2023
TIME: 11:09 AM – 11:21 AM
PLACE: Lansing and Zoom
JUDGE: Hala Y. Jarbou

## APPEARANCES

PLAINTIFF(S):
Lisa D. Haba

DEFENDANT(S):
Michelle Marie McLean for James Jackson and Lucas Jackson
James Jackson via Zoom

## PROCEEDINGS

NATURE OF HEARING:
Motion Hearing held; Defense attorney's Motion to Withdraw as Legal Counsel (ECF No. 74) granted; order to issue.

COURT REPORTER:   Trisha Cameron              /s/ B. Sauve
                                                                   CASE MANAGER