**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

UNKNOWN PERSON,

    Plaintiff,

    v.

GOOGLE LLC, YOUTUBE LLC,
JAMES JACKSON, also known online as
"ONISION," and LUCAS JACKSON,
formerly known online as
"LAINEYBOT," "LAINEY" and "KAI,"

    Defendants.

CASE NO.: 1:23-cv-223

HON. HALA Y. JARBOU

## ORDER ALLOWING WITHDRAWAL OF COUNSEL

This matter has been brought before the Court on the motion of Attorney Michelle McLean and the law firm of Bolhouse, Hofstee, & McLean PC; and the Court being otherwise fully advised in the premises, now therefore:

    **IT IS HEREBY ORDERED** that the motion filed by Michelle M. McLean and Bolhouse, Hofstee, & McLean PC is GRANTED and they shall be allowed to withdraw as legal counsel for Defendant James Jackson and Defendant Lucas Jackson.


    This is not a final order and does not close the case file.

    **IT IS SO ORDERED.**


**Date: October 11, 2023**             /s/Hala Y. Jarbou
                                    **HALA Y. JARBOU**
                                    **Chief United States District Judge**