UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SARAH,

    Plaintiff,

v.

GOOGLE LLC, et al.,

    Defendants.

_____/

Case No. 1:23-cv-223

Hon. Hala Y. Jarbou

## ORDER

In accordance with the Opinion entered this date,

**IT IS ORDERED** that Defendant YouTube's motion to transfer venue to the Northern District of California (ECF No. 42) is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is transferred to the Northern District of California.

In light of the foregoing, YouTube's motion to dismiss pursuant to Federal Rule 12(b)(6) (ECF No. 40) remains pending, to be considered by the appropriate court.  The Jacksons' motion to dismiss pursuant to Federal Rule 12(b)(2); (b)(3); (b)(5); or in the alternative, to dismiss or transfer pursuant to 28 U.S.C. § 1404(a) (ECF No. 16) also remains pending.

Dated: October 11, 2023

/s/Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE