UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNKNOWN PARTY,

        Plaintiff,                    Case No. 1:23–cv–00223–HYJ–SJB

v.                                  Hon. Hala Y. Jarbou

GOOGLE LLC, et al.,

        Defendants.
_____/

## ORDER

The Court having reviewed Defendants' Unopposed Motion for Judicial Notice of Transfer Order and Supporting Memorandum of Law (ECF No. 82), **IT IS ORDERED** that Defendants' motion (ECF No. 82) is **DENIED as moot**.

IT IS SO ORDERED.

Dated:  October 11, 2023                      /s/ Hala Y. Jarbou
                                                          HALA Y. JARBOU
                                                          Chief United States District Judge